UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARA DORIQUE ALEXIS, | No. 2:22-cv-01130-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| JACK NAVARRO, et al, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiff is employed and has net take-home pay of $1,785.44 per week. ECF No. 2 at 1. Plaintiff has over $5,000 in her bank account, and indicates she owns her home with no listed mortgage payment or other housing expense. Id. at 2. Considering plaintiff's income, assets, and expenses, plaintiff does not qualify for waiver of the court's $400.00 filing fee.

In order for plaintiff to continue prosecuting this case, she must pay the filing fee no later than July 15, 2022. If plaintiff fails to pay the filing fee, this case will be dismissed. The court acknowledges that plaintiff has filed a motion for a temporary restraining order. ECF No. 3. The

court has reviewed the motion and finds that plaintiff will not be prejudiced by any delay caused by the court's requirement that she pay the filing fee. The court will not rule on the motion for a temporary restraining order unless and until the filing fee is paid.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed IFP (ECF No. 2) is DENIED, and plaintiff must pay the filing fee no later than July 15, 2022 or this case will be dismissed for failure to pay the filing fee.

DATED: June 30, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE